IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–N–1952 (OES)

NEKYLE A. CHANEY,

    Plaintiff,

v.

G. FOZZARD,

    Defendant.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed December 14, 2005. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. Defendant's Motion to Dismiss is GRANTED in part. This case is dismissed without prejudice in its entirety for Plaintiff's failure to exhaust his administrative remedies.

3. The remaining arguments for dismissal in the Motion to Dismiss are DENIED as moot.

DATED this 3rd day of January, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge